IN RE:    CHRISTOPHER J. CAVALIER
           MARAGARET A. CAVALIER
               Debtor(s)          CHAPTER 13
           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
               Movant          CASE NO: 1-18-03303-HWV
           vs.
           CHRISTOPHER J. CAVALIER
           MARAGARET A. CAVALIER
               Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 30, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on February 12, 2019.

2. A hearing was held and an Order was entered on March 27, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                           Respectfully submitted,

                           s/   James K. Jones, Esq.
                           Id:  39031
                           Attorney for Trustee
                           Charles J. DeHart, III
                           Standing Chapter 13 Trustee
                           Ste. A, 8125 Adams Drive
                           Hummelstown, PA  17036
                           Ph.  717-566-6097
                           Fax. 717-566-8313
                           eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   CHRISTOPHER J. CAVALIER
         MARAGARET A. CAVALIER

                CHAPTER 13

          Debtor(s)

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE        CASE NO: 1-18-03303-HWV
             Movant

**NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

        Ronald Reagan Federal Bldg     Date:   June 26, 2019
        Bankruptcy Courtroom, 3rd Floor
        228 Walnut Street
        Harrisburg, PA 17101           Time:   09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                              Charles J. DeHart, III, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA   17036
                              Phone:  (717) 566-6097
                              Email:  dehartstaff@pamd13trustee.com

Dated:  May 30, 2019

IN RE:   CHRISTOPHER J. CAVALIER
             MARAGARET A. CAVALIER

                        Debtor(s)

CHARLES J. DEHART, III                          CHAPTER 13
CHAPTER 13 TRUSTEE
             Movant
CHRISTOPHER J. CAVALIER
MARAGARET A. CAVALIER                     CASE NO: 1-18-03303-HWV

                        Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 30, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

CHAD J JULIUS ESQUIRE                           Served electronically
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG, PA   17111-5212


United States Trustee                                 Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA   17101


CHRISTOPHER J. CAVALIER                      Served by 1st Class Mail
4581 MANOR   DR
MECHANICSBURG, PA   17055


I certify under penalty of perjury that the foregoing is true and correct.


Date:   May 30, 2019                                   Respectfully,
                                                               Vickie Williams
                                                               for Charles J. DeHart, III, Trustee
                                                               Suite A, 8125 Adams Dr.
                                                               Hummelstown, PA   17036
                                                               Phone:   (717) 566-6097
                                                               eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  CHRISTOPHER J. CAVALIER
        MARAGARET A. CAVALIER

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| CHRISTOPHER J. CAVALIER | |
| MARAGARET A. CAVALIER | CASE NO: 1-18-03303-HWV |
| Respondent(s) | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.