IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     CHRISTOPHER J. CAVALIER, | : | |
|     MARAGARET A. CAVALIER. | : | |
|         Debtor, | : | Case No.: 1:18-bk-03303-HWV |
| | : | |
| | : | Chapter 13 |
| | : | |
| | : | 11 U.C.S. 362 |
| DITECH FINANCIAL LLC, | : | |
|         Movant, | : | |
| | : | |
|        v. | : | |
| | : | |
| CHRISTOPHER J. CAVALIER. | : | |
| MARAGARET A. CAVALIER, | : | |
|         Respondents, | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
|         Trustee | : | |

### DEBTORS' ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW COME**, Debtors, Christopher J. Cavalier and Maragaret A. Cavalier, by and through their attorneys, Jacobson, Julius & Harshberger, and hereby file this Answer to Movant's Motion for Relief from the Automatic Stay and in support thereof states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted in part and denied in part. It is admitted Debtors are behind to movant. It is denied as to the amount of post-petition arrears. Debtors are hopeful that after a correct calculation that Movant will stipulate to or a allow a cure via an amended plan.

1

7. Admitted in part and denied in part. It is admitted Debtors are behind to movant. It is denied as to the amount of post-petition arrears. Debtors are hopeful that after a correct calculation that Movant will stipulate to or a allow a cure via an amended plan.

8. Denied.

9. Denied.

10. Denied.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court deny Movant's Motion for Relief from the Automatic Stay and further requests any other relief deemed necessary and just.

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

Dated: July 9, 2019

s/Chad J. Julius
Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    CHRISTOPHER J. CAVALIER, | : | |
|    MARAGARET A. CAVALIER. | : | |
|            Debtor, | : | Case No.: 1:18-bk-03303-HWV |
| | : | |
| | : | Chapter 13 |
| | : | |
| | : | 11 U.C.S. 362 |
| | : | |
| DITECH FINANCIAL LLC, | : | |
|            Movant, | : | |
| | : | |
|            v. | : | |
| | : | |
| CHRISTOPHER J. CAVALIER. | : | |
| MARAGARET A. CAVALIER, | : | |
|            Respondents, | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
|            Trustee | : | |

## **CERTIFICATE OF SERVICE**

      I, Colleen, paralegal with Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within Respondent's Answer to Movant's Motion For Relief From The Automatic Stay upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| | |
|---|---|
| Charles J. Dehart III, Esquire (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | James C. Warmbrodt, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 17106-1532 |
| U.S. Trustee<br>228 Walnut Street, Suite A<br>Harrisburg, PA 17101 | |

                                            s/Colleen Reed
                                            Colleen Reed, Paralegal
                                            Jacobson, Julius & Harshberger
                                            8150 Derry Street
                                            Harrisburg, PA 17111
                                            717.909.5858
Dated: July 9, 2019              Email: creed@ljacobsonlaw.com

3