IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTOPHER J. CAVALIER. | : | |
| MARGARET A. CAVALIER | : | |
|     Debtors, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:18-bk-03303-HWV |
| CAB EAST, LLC/FORD MOTOR | : | |
| CREDIT COMPANY, LLC, | : | |
|     Movant, | : | |
| | : | |
| CHRISTOPHER J. CAVALIER and | : | |
| MARGARET A. CAVALIER, | : | |
|     Debtors | : | |
| | : | |
| And CHARLES J. DeHART III, | : | |
| Chapter 13 Trustee | : | |
|     Respondents. | : | |

**DEBTOR'S ANSWER TO MOVANT'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY AND REQUEST FOR SPECIAL RELIEF**

**AND NOW COMES**, Debtors, Christopher J. Cavalier and Margaret A. Cavalier, by and through their attorneys, Jacobson, Julius & Harshberger, and hereby file this Answer to Movant's Motion for Relief from the Automatic Stay and in support thereof states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. The Vehicle is insured.

6. Denied. Debtor has made all payments under the lease as required.

7. Denied.

8. Admitted. By way of additional response, the Lease has been extended 2 months by Ford Motor Credit to allow the Debtor to convert he Lease to a purchase.

9. Denied.

10. Admitted. See Paragraph 8 herein.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court deny Movant's Motion for Relief from the Automatic Stay and further requests any other relief deemed necessary and just.

Respectfully Submitted,

JACOBSON, JULIUS, & HARSHBERGER

Dated: April 29, 2020

s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTOPHER J. CAVALIER. | : | |
| MARGARET A. CAVALIER | : | |
|     Debtors, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:18-bk-03303-HWV |
| CAB EAST, LLC/FORD MOTOR | : | |
| CREDIT COMPANY, LLC, | : | |
|     Movant, | : | |
| | : | |
| CHRISTOPHER J. CAVALIER and | : | |
| MARGARET A. CAVALIER, | : | |
|     Debtors | : | |
| | : | |
| And CHARLES J. DeHART III, | : | |
| Chapter 13 Trustee | : | |
|     Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Colleen Reed, of Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within **Respondent's Answer to Movant's Motion For Relief From The Automatic Stay** upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| | |
|---|---|
| Charles J. Dehart III, Esquire (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Howard Gershman, Esquire<br>Gershman Law Offices, PC<br>610 York Road, Ste. 200<br>Jenkintown, PA 19046 |
| United States Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut Street, Room 320<br>Harrisburg, PA 17108 | |

                                                  s/ Colleen Reed
                                                  8150 Derry Street
                                                  Harrisburg, PA  17111
                                                  717.909.5858
                                                  FAX:  717.909.7788
Dated: April 29, 2020                     Email: creed@ljacobsonlaw.com