# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTOPHER J. CAVALIER : CHAPTER __13__
MARGARET A. CAVALIER :
: CASE NO. _1_-_18_-bk-_03303 HWV_
:
:
**Debtor(s)** :
CAB EAST LLC/FORD MOTOR CREDIT : ADVERSARY NO. ___-___-ap-_____
COMPANY LLC : (if applicable)
:
:
:
**Plaintiff(s)/Movant(s)** :
vs. : **Nature of Proceeding:** _____
CHRISTOPHER J. CAVALIER :
MARGARET A. CAVLIER, Debtors : MOTION FOR RELIEF FROM STAY
CHARLES DeHART, III, Trustee :
:
:
**Defendant(s)/Respondent(s)** : Document #: _45_

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Joint request for a hearing date after June 1; pending lease extension and negotiation


cc: Chad Julius, Esquire

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _April 30, 2020_

_____
Attorney for _CAB East/Ford Credit_
Name: _Howard Gershman,, Esquire_
Phone Number: _215 886 1120_

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.