LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTOPHER J CAVALIER
MARGARET A CAVALIER

CHAPTER __13__

CASE NO. _1_-_18_-bk-_03303_

**Debtor(s)**
CAB EAST LLC/FORD MOTOR CREDIT
COMPANY LLC

ADVERSARY NO. ___-___-ap- _____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
CHRISTOPHER AND MARGARET CAVALIER
CHARLES DEHART, III, TRUSTEE

Nature of Proceeding: STAY LIFT

Pleading: MOTION FOR RELIEF

**Defendant(s)/Respondent(s)**

Document #: _____

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[✓] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[ ] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
   [ ] Thirty (30) days.
   [ ] Forty-five (45) days.
   [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: ____June 4, 2020____

Howard Gershman
Attorney for CAB East/Ford Credit

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.