IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHRISTOPHER J. CAVALIER, | : | |
| MARGARET A. CAVALIER, | : | |
| Debtors, | : | Case No.: 1:18-bk-03303-HWV |
| | : | |
| | : | Chapter 13 |
| | : | |
| FORD MOTOR CREDIT COMPANY, LLC: | | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER J. CAVALIER, | : | |
| MARGARET A. CAVALIER, | : | |
| Respondents, | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| Trustee | : | |

## DEBTORS' ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW COME**, Debtors, Christopher J. Cavalier and Margaret A. Cavalier, by and through their attorneys, Jacobson, Julius & Harshberger, and hereby file this Answer to Movant's Motion for Relief from the Automatic Stay and in support thereof states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. The vehicle is insured.

6. Paragraph 6 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

1

7. Paragraph 7 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

8. Admitted in part and denied in part. It is admitted Debtors are behind to Movant. It is denied as to the amount of post-petition arrears. Debtors arrears are small and it is anticipated they will be paid current prior to the hearing on this matter.

9. Paragraph 9 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court deny Movant's Motion for Relief from the Automatic Stay and further requests any other relief deemed necessary and just.

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

Dated: March 11, 2021

/s/Chad J. Julius
Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     CHRISTOPHER J. CAVALIER, | : | |
|     MARGARET A. CAVALIER, | : | |
|         Debtors, | : | Case No.: 1:18-bk-03303-HWV |
| | : | |
| | : | Chapter 13 |
| | : | |
| FORD MOTOR CREDIT COMPANY, LLC: | | |
|         Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| CHRISTOPHER J. CAVALIER, | : | |
| MARGARET A. CAVALIER, | : | |
|         Respondents, | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
|         Trustee | | |

**CERTIFICATE OF SERVICE**

I, Dera Shade, paralegal with Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within Respondent's Answer to Movant's Motion for Relief from The Automatic Stay upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| | |
|---|---|
| Charles J. Dehart III, Esquire (Trustee)<br>PO Box 7005<br>Lancaster, PA 17604 | Howard Gershman, Esquire<br>GERSHMAN LAW OFFICES, PC<br>610 York Road, Suite 200<br>Jenkintown, PA 19046 |
| United States Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut Street, Room 320<br>Harrisburg, PA 17108 | |

                                          /s/Dera Shade
                                          Dera Shade, Paralegal
                                          Jacobson, Julius & Harshberger
                                          8150 Derry Street
                                          Harrisburg, PA  17111
                                          717.909.5858
Dated: March 11, 2021              Email: dshade@ljacobsonlaw.com