# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Christopher J Cavalier
Margaret A Cavalier

CHAPTER __13__

CASE NO. _1_ - _18_ -bk- _03303 HWV_

**Debtor(s)**
Ford Motor Credit Company LLC

ADVERSARY NO. ___-___-ap _____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Christopher J Cavalier
Margaret A Cavalier
Charles DeHart, III, Trustee

Nature of Proceeding: Stay Lift

Pleading: Motion for Relief

**Defendant(s)/Respondent(s)**

Document #: 55

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
　[✔] Thirty (30) days.
　[ ] Forty-five (45) days.
　[ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 19, 2021

/s/Howard Gershman
Attorney for Ford Motor Credit Company LLC

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.