# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# (HARRISBURG)

| | |
|---|---|
| IN RE: CHRISTOPHER J. CAVALIER AND MARAGARET A. CAVALIER | CASE NO.:1:18-BK-03303-HWV |
| | CHAPTER 13 |
| | JUDGE HENRY W. VAN ECK |
| DEBTOR(S).                     / | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

> Padgett Law Group
> 6267 Old Water Oak Road, Suite 203
> Tallahassee, FL 32312

**DATED** this 13th day of July 2021.

> Respectfully submitted,
>
> /s/ Joshua I. Goldman
>
> JOSHUA I. GOLDMAN, ESQ.
> Tennessee Bar # 205047
> PADGETT LAW GROUP
> 6267 Old Water Oak Road, Suite 203
> Tallahassee, FL 32312
> (850) 422-2520 (telephone)
> (850) 422-2567 (facsimile)
> josh.goldman@padgettlawgroup.com
> *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 13th day of July 2021:

Respectfully submitted,

/s/ Joshua I. Goldman

JOSHUA I. GOLDMAN, ESQ.
Tennessee Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 1:17-BK-03303-HWV)

*DEBTOR*
CHRISTOPHER J. CAVALIER
4581 MANOR DR
MECHANICSBURG, PA 17055

*JOINT DEBTOR*
MARAGARET A. CAVALIER
4581 MANOR DR
MECHANICSBURG, PA 17055

*ATTORNEY*
CHAD J. JULIUS
JACOBSON & JULIUS
8150 DERRY STREET, SUITE A
HARRISBURG, PA 17111

*TRUSTEE*
JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101