Certificate Number: 15317-PAM-DE-039753230

Bankruptcy Case Number: 18-03303


15317-PAM-DE-039753230

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2025, at 12:29 o'clock PM PDT, Chriis Cavalier completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 10, 2025

By: /s/Marvin Dela Cruz

Name: Marvin Dela Cruz

Title: Credit Counselor