| In re: | Case No. 18-03303-HWV |
|---|---|
| Christopher J. Cavalier | Chapter 13 |
| Maragaret A. Cavalier | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher J. Cavalier, Maragaret A. Cavalier, 4581 Manor DR, Mechanicsburg, PA 17055-4933 |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL, PO Box 6154, Rapid City, SD 57709-6154 |
| 5093349 | | DSN/Macys, PO BOX 8218, Monroe, OH 45050 |
| 5119806 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 5093347 | | Ditech Financial LLC, PO BOX 6172RA, Rapid City, SD 57709 |
| 5093348 | + | Dr. Kearn & Associates, 4836 E. Trindle Road, Mechanicsburg, PA 17050-3617 |
| 5093351 | | Genisys Credit Union, PO BOX 2100, Auburn Hills, MI 48326 |
| 5093353 | + | GreenPath Financial Wellness, 36500 Corporate Drive, Farmington, MI 48331-3553 |
| 5093354 | + | Holy Spirit Hospital, 503 N. 21st Street, Camp Hill, PA 17011-2288 |
| 5093362 | | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5093363 | + | Pinnacle Health Hospitals, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5093365 | + | Riverside Anesthesia, 1 Rutherford Road, Harrisburg, PA 17109-4540 |
| 5093369 | + | UPMC Pinnacle-Harrisburg, 111 S. Front STreet, Harrisburg, PA 17101-2010 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 20 2025 23:29:00 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 20 2025 19:28:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Jun 20 2025 19:28:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 5093338 | ^ | MEBN | Jun 20 2025 19:27:47 | Bureau of Account Managment., 3607 Rosemont Avenue, #502, Camp Hill, PA 17011-6943 |
| 5093344 | + | EDI: WFNNB.COM | Jun 20 2025 23:29:00 | CP/BONTON, PO BOX 182789, Columbus, OH 43218-2789 |
| 5093340 | + | EDI: CAPITALONE.COM | Jun 20 2025 23:29:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5110942 | | EDI: CAPITALONE.COM | Jun 20 2025 23:29:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5111492 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 19:43:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5093342 | + Email/Text: Collections_Bankruptcies@encoreexchange.com | Jun 20 2025 19:28:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5093345 | Email/PDF: creditonebknotifications@resurgent.com | Jun 20 2025 19:42:39 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5119327 | EDI: Q3G.COM | Jun 20 2025 23:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5094057 | Email/Text: EBNBKNOT@ford.com | Jun 20 2025 19:29:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 5093350 | + Email/Text: EBNBKNOT@ford.com | Jun 20 2025 19:29:00 | Ford Motor Credit, PO BOX 542000, Omaha, NE 68154-8000 |
| 5599670 | + EDI: AISACG.COM | Jun 20 2025 23:29:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5093355 | EDI: IRS.COM | Jun 20 2025 23:29:00 | Internal Revenue Service, Drew N Davis, 228 Walnut Street, Harrisburg, PA 17108 |
| 5093356 | EDI: CAPITALONE.COM | Jun 20 2025 23:29:00 | Kohl's, Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 5112195 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 19:42:37 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5093357 | + Email/Text: unger@members1st.org | Jun 20 2025 19:29:00 | Member 1St F C U, PO BOX 40, Mechanicsburg, PA 17055-0040 |
| 5093358 | + Email/Text: unger@members1st.org | Jun 20 2025 19:29:00 | Member S1ST F C U, 5000LOU ISE DR, Mechanicsburg, PA 17055-4899 |
| 5093360 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jun 20 2025 19:42:59 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 5115239 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jun 20 2025 19:42:37 | Navient Solutions, LLC.., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 5310140 | Email/Text: mtgbk@shellpointmtg.com | Jun 20 2025 19:28:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5310141 | Email/Text: mtgbk@shellpointmtg.com | Jun 20 2025 19:28:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5424464 | Email/Text: bkecf@padgettlawgroup.com | Jun 20 2025 19:28:00 | Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 5117856 | EDI: PRA.COM | Jun 20 2025 23:29:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5103900 | + Email/Text: joey@rmscollect.com | Jun 20 2025 19:29:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5093364 | + Email/Text: joey@rmscollect.com | Jun 20 2025 19:29:00 | Receivables Managments, 1807 Huguenot Road Suite 118, Midlothian, VA 23113-5604 |
| 5093366 | + EDI: SYNC | Jun 20 2025 23:29:00 | Syncb/ car care syn car cre, c/o PO BOX 965001, Orlando, FL 32896-0001 |
| 5093368 | + EDI: SYNC | Jun 20 2025 23:29:00 | Syncb/WOlf furtniture, c/o PO BOX 965036, Orlando, FL 32896-0001 |
| 5093367 | + EDI: SYNC | Jun 20 2025 23:29:00 | Syncb/synchrony Home, PO BOX 965036, Orlando, FL 32896-5036 |
| 5093341 | + EDI: JPMORGANCHASE | | |

| | | |
| --- | --- | --- |
| | Jun 20 2025 23:29:00 | chase Card, PO BOX 5298, Wilmington, DE 19808-0298 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5093337 | | Bureau of Account Manage |
| 5093339 | *+ | Bureau of Account Managment., 3607 Rosemont Avenue, #502, Camp Hill, PA 17011-6943 |
| 5093343 | *+ | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5603278 | *+ | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5093352 | * | Genisys Credit Union, PO BOX 2100, Auburn Hills, MI 48326 |
| 5093359 | *+ | Member S1ST F C U, 5000LOU ISE DR, Mechanicsburg, PA 17055-4899 |
| 5093361 | *+ | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 5093370 | *+ | UPMC Pinnacle-Harrisburg, 111 S. Front STreet, Harrisburg, PA 17101-2010 |
| 5093346 | ##+ | Crumay Parnes Associates, Inc., 104 Erford Road, Camp Hill, PA 17011-1898 |

TOTAL: 1 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
| --- | --- | --- |
| Date: Jun 22, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Chad J. Julius | on behalf of Debtor 1 Christopher J. Cavalier cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 2 Maragaret A. Cavalier cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Howard Gershman | on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC bkgroup@kmllawgroup.com |

| | |
|---|---|
| Joshua I Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher J. Cavalier<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4203<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Maragaret A. Cavalier<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6096<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-03303-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher J. Cavalier          Maragaret A. Cavalier

6/20/25

**By the court:**

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W          **Chapter 13 Discharge**          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**